GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
Ronald Nelson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-477 DLJ |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| v. ) | **TRAVEL ORDER** |
| RONALD NELSON, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between counsel for the UNITED STATES, Assistant U.S. Attorney Deborah R. Douglas, and counsel for the Defendant, Ronald Nelson, Gilbert Eisenberg, that:

1. Defendant Ronald Nelson may travel to Oceanside, CA on Friday, January 9. 2009 and return to this district by January 11, 2009 for the purpose of visiting his mother.

2. Defendant shall provide Pretrial Services with all information regarding his travel itinerary and lodging.

Dated this 6th day of January, 2009.

                                              /s/   Gilbert Eisenberg
                                            GILBERT EISENBRG
                                            Attorney for Ronald Nelson

STIPULATION   AND  [PROPOSED] TRAVEL ORDER

-1-

1  Dated this 6th day of January, 2009.

                                              /s/  Deborah R. Douglas
                                              DEBORAH R. DOUGLAS,
                                              Assistant Unite States Attorney

//

**IT IS SO ORDERED**

Dated this 6th day of January, 2009.

                                              _/s/ Wayne D. Brazil_
                                              Wayne D. Brazil
                                              UNITED STATES MAGISTRATE JUDGE