GILBERT EISENBERG (SBN 28900)
400 Montgomery Street, Second Floor
San Francisco, CA 94104
Facsimile: 415-296-8734
Telephone: 415-433-3476

Attorney for Defendant
Ronald Nelson

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RONALD NELSON<br>Defendants. | No. CR08-477 DLJ (WDB)<br><br>**STIPULATION AND ~~[PROPOSED]~~ TRAVEL ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action, that the conditions of pretrial release for Ronald Nelson may be modified to allow him to travel to the Eastern District to 2248 Vallecito Dr., Arnold, CA 95223 leaving Saturday, January 30,2009 and return to this district on Monday, February 2, 2009 for the purpose of completing and maintaining the improved property located thereon so that the property can maintain its value for sale. Hence Williams of US Pretrial Services has no objection to the proposed modification and defendant agrees to notify Mr. Williams when he is leaving this district and his contact information.

All other conditions of release shall remain the same.

Dated this 28th day of January, 2009.

/s/ Gilbert Eisenberg
GILBERT EISENBERG
Attorney for Ronald Nelson

Dated this 28th day of January, 2009.

/s/Deborah Douglas
Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the conditions of pretrial release for Ronald Nelson may be modified to allow him to travel to the Eastern District of California to 2248 Vallecito Dr., Arnold, CA 95223 leaving Saturday, January 30, 2009 and returning to this district on Monday, February 2, 2009 for the purpose of completing and maintaining the improved property located thereon so that the property can maintain its value for sale. Ronald Nelson shall notify pretrial services of the time he is leaving this district and all contact information.

All other conditions of release shall remain the same.

SO ORDERED.

DATED: January 29, 2009.

WAYNE D. BRAZIL
United States Magistrate Judge