1  GILBERT EISENBERG (SBN 28900)
   400 Montgomery Street, Second Floor
2  San Francisco, CA 94104
   Facsimile: 415-296-8734
3  Telephone: 415-433-3476

4

   Attorney for Defendant
5  Ronald Nelson

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          OAKLAND DIVISION

11

   UNITED STATES OF AMERICA,        )      No. CR08-477 DLJ (WDB)
12                                   )
          Plaintiff,                 )
13                                   )      STIPULATION  AND
       v.                            )      [PROPOSED]  ORDER RE;
14                                   )      SALE OF 9893 DUBLIN CANYON RD.
   RONALD NELSON                     )      CASTRO  VALLEY, CA
15                                   )
          Defendants.                )
16  _____ )

17

18

           IT IS HEREBY STIPULATED by and between the parties to this action, that the
19
   Defendant Ronald Nelson may execute all documents necessary to complete the Short Sale
20
   Transaction relating to the above described property, between Countrywide Home Loans and the
21
   buyers, Jason Allen and Stephanie Allen.
22

23                .
   Dated this 2nd day of April, 2009.
24
                                       /s/   Gilbert Eisenberg
25                                     GILBERT EISENBERG
                                       Attorney for Ronald Nelson
26

27

28  Dated this 2nd day of April, 2009.

   STIPULATION  AND [PROPOSED]  ORDER FOR SALE OF PROPERTY
                                -1-

1

2

/s/Deborah Douglas

Assistant United States Attorney

3

4

5

**ORDER**

6

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the defendant Ronald

7

Nelson may execute all documents necessary to complete the Short Sale Transaction between

8

Countrywide Home Loans and the buyers Jason Allen and Stephanie Allen regarding the property

9

located at 9893 Dublin Canyon Rd.,Castro Valley, CA 94552.

10

SO ORDERED.

11

DATED: April  6 , 2009.

12

13

14

GRANTED

Wayne D. Brazil

Judge Wayne D. Brazil

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION   AND   [PROPOSED]   ORDER FOR SALE OF PROPERTY

-2-